CIVIL CAUSE FOR ORAL ARGUMENT
BEFORE JUDGE BIANCO     November 18, 2014     TIME: 2:26 p.m.
CV 14-2420

TITLE:              Wexler v. I.C. Systems

PLTFFS ATTY:        **Howard Edinburgh**

    X present          not present

DEFTS ATTY:         **Bradley Levien**
    X present          not present

FTR: 2:26-2:56          COURTROOM DEPUTY: Jasmine Torres

OTHER: _____

X   CASE CALLED. CONF     (HELD / ADJ'D / CONT'D TO_____)

X   ARGUMENT HEARD / CONT'D TO_____.

X   DECISION: Made on the record

**OTHER:**  Plaintiff to file a Proposed Amended Complaint by 12/19/14 and a Proposed briefing schedule thereafter.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 18 2014 ★
LONG ISLAND OFFICE